Matthew Joseph PADBERG,
Respondent,

v.

DIRECTOR OF REVENUE, State
of Missouri, Appellant.

No. ED 78880.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 25, 2001.

Jeremiah W. (Jay) Nixon, Attorney General, Brian T. Rabineau, Assistant Attorney General, Jefferson City, MO., for Appellant.

Timothy F. Devereux, Clayton, MO., for Respondent.

Before RICHARD B. TEITELMAN, P.J., GARY M. GAERTNER, SR., J., CLIFFORD H. AHRENS, J.

### ORDER

PER CURIAM.

Appellant, Director of Revenue, ("Director"), appeals from the judgment of the Circuit Court of St. Louis County reinstating the driving privileges of respondent, Matthew Padberg, after Director suspended them pursuant to section 302.505, RSMo 2000. We affirm.

We have reviewed the briefs of the parties and the record on appeal. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment of the trial court pursuant to Rule 84.16(b).